Name and address:

Daniel J. Quigley
Daniel J. Quigley, PLC
5425 E Broadway Boulevard, Suite 352
Tucson, Arizona 85711

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| Plaintiff(s), | 18-cv-8570 |
| v. | |
| ANY AND ALL FUNDS SEIZED FROM BANK FRICK ACCOUNT 'K000 K; et al. | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's CM/ECF System ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Quigley, Daniel J.
*Applicant's Name (Last Name, First Name & Middle Initial)*       check here if federal government attorney ☐

Daniel J. Quigley, PLC
*Firm/Agency Name*

| 5425 E. Broadway Boulevard | (520) 867-4450 | (520) 867-4433 |
|---|---|---|
| Suite 352 | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| Tucson, AZ 85718 | quigley@djqplc.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| See Section IV | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Claimants |
|---|---|
| | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:* |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| Arizona Supreme Court | 10/25/1986 | Yes |
| U.S.D.C. Arizona | 11/07/1987 | Yes |
| Ninth Circuit Court of Appeals | 03/04/2005 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| See Section IV: | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

Has the applicant previously registered as a CM/ECF user in the Central District of California?   ☐ Yes   ☒ No

If yes, was the applicant's CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No

_____
*Previous E-mail Used (if applicable)*

*Attorneys must be registered for the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) as a CM/ECF User. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  May 23, 2019

Daniel J. Quigley
*Applicant's Name (please type or print)*

/s/ Daniel J. Quigley
*Applicant's Signature*

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Wiechert, David W.
*Designee's Name (Last Name, First Name & Middle Initial)*

Law Office of David W. Wiechert
*Firm/Agency Name*

27136 Paseo Espada, Suite B1123

*Street Address*

San Juan Capistrano, CA 92675
*City, State, Zip Code*

949-361-2822
*Telephone Number*

949-361-5722
*Fax Number*

dwiechert@aol.com
*E-mail Address*

94607
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law.

Dated  May 24, 2019

David W. Wiechert
*Designee's Name (please type or print)*

*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

I have been retained to represent the following parties: Medalist Holdings, Inc., Leeward Holdings, LLC, Camarillo Holdings, LLC, Vermillion Holdings, LLC, Cereus Properties, LLC, Shearwater Investments, LLC, and Broadway Capital Corp., LLC.

I also was admitted to practice by Colorado Supreme Court on 11/17/1988, and am in good standing (on inactive status).

Before today, I have not applied for admission pro hac vice in the Central District of California in the previous three years. Today I am applying for admission pro hac vice in the following related cases: 18-cv-8566, 18-cv-8569, 18-cv-8570, 18-cv-8577, 18-cv-8578, 18-cv-8588, 18-cv-8592, 18-cv-8747, 18-cv-8748, 18-cv-8749, 18-cv-8750, 18-cv-8753, 18-cv-8754.



May 23, 2019

Daniel J Quigley
5425 E BROADWAY BLVD STE 352
TUCSON, AZ 85711-3704

**RE: Mr Daniel J Quigley**

The State Bar of Arizona herewith attests to the status of the above-referenced member, as follows:

Admitted in Arizona:          October 25, 1986.
Current Membership Status:  Active in good standing

The above reflects the membership records of the State Bar, as of the date of this letter.

If additional information is required, please contact the Resource Center at (602) 340-7239 or via email at membership@staff.azbar.org

Sincerely,

Rebecca Urias
Resource Center





# State of Colorado,

STATE OF COLORADO, ss:

I, **Cheryl Stevens** Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**DANIEL JAMES QUIGLEY**

has been duly licensed and admitted to practice as an

# ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **17th** day of **November** A. D. **1988** and that at the date hereof the said **DANIEL JAMES QUIGLEY**

is in good standing at this Bar. *Attorney is inactive commencing 12/20/2013*



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this

**24th** day of **May** A. D. **2019**

**Cheryl Stevens**
Clerk

By _____
Deputy Clerk

# CERTIFICATE OF SERVICE

I, Danielle Dragotta, an employee of the Law Office of David W. Wiechert, located at 27136 Paseo Espada, Suite B1123, San Juan Capistrano, CA 92675, declare under penalty and perjury that I am over the age of eighteen (18) and not a party to the above-entitled proceeding.

On May 24, 2019, I served the forgoing documents, described as **PRO HAC VICE APPLICATION (G-64); CERTIFICATES OF GOOD STANDING; PROPOSED ORDER** on all interested parties as follows:

[ ]  **BY MAIL:** I caused such envelope(s) to be deposited in the mail at San Juan Capistrano, California with postage thereon fully prepaid to the office of the addressee(s) as indicated on the attached service list. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

[ ]  **BY E-MAIL:** I caused a copy to be transmitted electronically by filing the foregoing with the clerk of the District Court using its ECF system, which electronically notifies counsel for that party.

[X]  **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this court at whose direction the service was made.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 24, 2019, at San Juan Capistrano, California.

_Danielle Dragotta_
Danielle Dragotta